UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
and JOSE ARTEAGA, Revenue
Officer, Internal Revenue
service,

        Petitioners,

   v.

JEFFREY SCOTT,

        Respondent.
                             /

NO. MISC. S-10-0037 LKK/KJN

O R D E R

On June 22, 2010, this court issued an order adopting the Magistrate Judge's Findings and Recommendations, enforcing a summons issued by petitioner IRS to respondent Jeffrey Scott, and ordering respondent to appear before a revenue officer within twenty-one (21) days of the order to give testimony and produce documents. Order, June 22, 2010, ECF No. 13. Respondent has not complied with the June 22 order, and failed to appear at a meeting with a revenue officer scheduled for July 20, 2010. Petitioners have requested a hearing to adjudge the respondent in civil contempt for failing to obey this court's order. Accordingly, the

1

court ORDERS the following:

[1] Respondent Jeffrey Scott is ORDERED to appear before the court on Monday, November 22, 2010 at 10:00 a.m. to show cause in person why he should not be adjudged in civil contempt of court for failing to comply with the court's June 22, 2010 order.

[2] Respondent is hereby notified that (1) this order requires him to appear in person and not by telephone; and (2) a failure to comply with this order will subject respondent to possible further sanctions for contempt of court.

[3] Respondent Jeffrey Scott shall file an opposition or a statement of non-opposition to the Petition Re: Civil Contempt, ECF No. 15, by November 8, 2010 at 9:00 a.m.

[4] Failure by respondent to file an opposition or statement of non-opposition will be construed as respondent's non-opposition to the civil contempt sanctions.

IT IS SO ORDERED.

DATED: October 21, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2