**FILED**

November 24, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

**DEPUTY CLERK**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|            ) | Case No.2:10-mc-00037-LKK-KJN |
|       Plaintiff,    ) | |
| v.             ) | ORDER FOR RELEASE |
|            ) | OF PERSON IN CUSTODY |
| JEFFREY SCOTT,     ) | |
|            ) | |
|       Defendant.    ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jeffrey Scott</u>; Case  <u>2:10-mc-00037-LKK-KJN</u>

from custody, ~~subject to the conditions contained in the attached "Notice to Defendant Being~~

~~Released" and for the following reasons:~~

    <u>X</u>    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    __    Unsecured bond in the amount of

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    __    (Other)____;

Issued at  <u>Sacramento, CA</u>  on <u>11/24/2010</u>    at _2:15 pm_ -

By _____

Edmund F. Brennan,
United States Magistrate Judge